# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Khalid Ahmed Dayib (3),

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-cr-349 (MJD/JFD) |
| Date: | September 18, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 2:17 p.m. |
| Time Concluded: | 2:18 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:

  Plaintiff: Daniel Bobier, Assistant U.S. Attorney
        Joe Thomspon, Acting U.S. Attorney
  Defendant: Catherine Turner
  X CJA    X To be appointed for purposes of today. Defendant looking into retaining counsel.

**Indictment Dated:** September 17, 2025

    X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                    *s/ms*
                            Signature of Courtroom Deputy