# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:        25-CR-349(3) JWB/JFD |
| | ) | Date:           July 21, 2026 |
| v. | ) | Court Reporter: Lori Morrow |
| | ) | Courthouse:     St. Paul |
| KHALID AHMED DAYIB, | ) | Courtroom:      7A |
| | ) | Time Commenced:  2:15 p.m. |
| Defendant. | ) | Time Concluded:   2:50  p.m. |
| | ) | Time in Court:       35 Minutes |
| | ) | |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Matthew C. Murphy, Assistant United States Attorney
    For Defendant:    Catherine L. Turner, Retained

PROCEEDINGS:
☒ **Change of Plea Hearing.**
☒ PLEA:
    ☒ Guilty as to Count 1 of the Indictment.
☒ Presentence Investigation and Report requested.
☒ Bond continued.

s/ D. Dodd
Courtroom Deputy